IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

GEREMIAS FLORENCIO ESTRADA CARDONA,

    Petitioner,

v.                                            Civ. No. 2:26-cv-00035-KG-JFR

KRISTI NOEM et al.,

    Respondents.

ORDER TO ANSWER

Petitioner, Geremias Florencio Estrada Cardona, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 on January 5, 2026 (Doc. 1) ("Petition"). The Court orders Respondents to file an answer within ten (10) business days of service of the petition. The Clerk shall send a courtesy copy of this Order and the Petition to the U.S. Attorney's Office at the following email address: ryan.ellison@usdoj.gov.

                                              /s/Kenneth J. Gonzales_____
                                              CHIEF UNITED STATES DISTRICT JUDGE

Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.