IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

GEREMIAS FLORENCIO ESTRADA CARDONA,

     Petitioner,

v.                                                                                  No. 2:26-cv-00035-KG-JFR

KRISTI NOEM, et al.,

     Respondents.

<u>ORDER TO SHOW CAUSE</u>

Petitioner Geremias Florencio Estrada Cardona filed a petition for writ of habeas corpus

under 28 U.S.C. § 2241 on January 5, 2026.  Doc. 1.  On February 12, 2026, the Court granted

the petition (Doc. 1) and ordered Respondents to provide him with a bond hearing before an

Immigration Judge within seven days or release him.  *See* Doc. 11.  The Court also ordered

Respondents to file a status report within ten days confirming that they had provided the ordered

bond hearing or released Mr. Estrada Cardona.  *Id.* at 5.  That deadline has passed, and

Respondents have not filed a status report on the docket.  The Court therefore orders

Respondents to show cause, within three business days of this Order, why they have not

complied with the Court's prior Order and to inform the Court whether they have provided Mr.

Estrada Cardona the ordered bond hearing or released him.

/s/Kenneth J. Gonzales_____
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been
  electronically filed. To verify its authenticity, please
  refer to the Digital File Stamp on the NEF (Notice
  of Electronic Filing) accompanying this document.
  Electronically filed documents can be found on the
  Court's PACER public access system.